AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Michael Miller)                                      25-022

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Paul Dimaio<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  25-mj-397<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 1-4, 2025__ in the county of __Philadelphia__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 1791(a)(2), (b)(3), (b)(4), and 2 | Providing contraband to a prison inmate, and aiding and abetting |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s/ Kurt Frimel
*Complainant's signature*

Kurt Frimel, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed telephonically.

Date: 02/28/2025

_____
*Judge's signature*

City and state: Philadelphia, Pennsylvania

The Honorable Magistrate Judge Elizabeth T. Hey
*Printed name and title*